# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 16, 2019

160334 & (49)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JULIE MEIER, as Next Friend of
BENJAMIN MEIER, MARIAH MARTINEZ,
LAURA ABEL-SLATER, as Next Friend of
MONICA MARTINEZ, TARA ORTA,
as Next Friend of MIRANDA TORRES,
REBECCA DREWYOUR, as Next Friend of
LINDSEY DREWYOUR, JENNIFER
HOLLEY, as Next Friend of ZACHARY HOLLEY,
and URSULA LINZELL, as Next Friend of CLAIRE
LINZELL,
      Plaintiffs-Appellees,

v

SC: 160334
COA: 350700
Wayne CC: 08-116530-NH

YASSER AWAAD, MD, OAKWOOD
HEALTHCARE, INC., d/b/a OAKWOOD
HOSPITAL AND MEDICAL CENTER,
OAKWOOD HEALTHCARE, INC., d/b/a
OAKWOOD HEALTHCARE SYSTEM,
      Defendants-Appellants,

and

OAKWOOD UNITED HOSPITALS, INC.,
YASSER AWAAD, MD, PC, GREAT LAKES
PEDIATRIC NEUROLOGY, PC, and
OAKWOOD PROFESSIONAL BILLING, LLC,
d/b/a OAKWOOD GROUP V, LLC,
      Defendants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 3, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 16, 2019



Clerk

p1015